# Court of Appeals
# of the State of Georgia

ATLANTA,___March 14, 2013___

*The Court of Appeals hereby passes the following order:*

**A12A2053. HOUSING AUTHORITY OF THE CITY OF NICHOLLS et al. v. BURKES et al.**

After plenary review of the record in this case, we find this interlocutory appeal to have been improvidently granted. Therefore, the appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_03/14/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*